On May 23, 1997, we remanded this case to the trial court to allow it to make written findings regarding its reasons for revoking the appellant's probation, as required byArmstrong v. State, 294 Ala. 100, 312 So.2d 620 (1975).[1] The trial court has complied with these instructions and has filed a return that states the following reasons for revoking the appellant's probation: the appellant failed to report to his probation officer for several months and he was convicted of a new charge, possession of marijuana in the first degree, while on probation.
Because the trial court's written order satisfies the requirements of Armstrong v. State, supra, and because all other issues raised on appeal have been previously decided adversely to the appellant in this Court's May 23, 1997 opinion, the judgment of the trial court revoking the appellant's probation is due to be, and it is hereby, affirmed.
AFFIRMED.
All judges concur.
[1] The trial court did state the evidence upon which it had relied in revoking the appellant's probation. *Page 1361